IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-665-RJC-DCK

| | |
|---|---|
| SANDRA VALENCIA, LUCY PINDER, MONICA LEIGH BURKHARDT, BRENDA GEIGER, PAOLA CANAS, ALYSSA NOBRIGA, MARIANA DAVALOS, EVA PEPAJ, and JESSICA NICHOLE ROCKWELL, <br><br> Plaintiffs, <br><br> v. <br><br> MIDNITE RODEO, LLC, PAUL ALEXANDER SCOGGINS, and SEAN SCOGGINS, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Matthew R. Gambale, concerning John V. Golaszewski, on December 13, 2022. John V. Golaszewski seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. John V. Golaszewski is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 21, 2022

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge